# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**TAMAR RENEE DOZIER**     **CASE NO. 6:19-CV-01223**

**VERSUS**     **JUDGE SUMMERHAYS**

**GOAUTO INSURANCE CO**     **MAGISTRATE JUDGE HANNA**

## MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | January 16, 2020 | Presiding: | Magistrate Judge Patrick J. Hanna |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Evelyn Alexander |
| Court Adjourned: | 10:28 a.m. | Court Reporter: | D D Juranka |
| Statistical Time: | :28 | Courtroom: | CR7 |

## APPEARANCES

| | | |
|---|---|---|
| John R Whaley, Kenneth W DeJean, and Benjamin H Dampf | For | Tamar Renee Dozier, Plaintiff |
| Jason W Burge | For | GoAuto Insurance Co, Defendant |

## PROCEEDINGS

Case called for oral argument on **Motion to Remand [11],** filed by **Tamar Renee Dozier**.

For the reasons stated on the record, the motion is TAKEN UNDER ADVISEMENT.

A **report and recommendation** by the Court will issue in due course.