UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TAMAR RENEE DOZIER** | **CASE NO. 6:19-CV-01223** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **GOAUTO INSURANCE CO** | **MAGISTRATE JUDGE HANNA** |

## ORDER

Presently before the Court is the Motion to Remand and Associated Request, in the Alternative, for Jurisdictional Discovery [ECF No. 11]. For the reasons stated in the Memorandum Ruling;

IT IS ORDERED THAT the Court ADOPTS the Report and Recommendation and the Supplemental Report and Recommendation IN PART. The Motion for Jurisdictional Discovery [ECF No. 11] is GRANTED; the Motion to Remand [ECF No. 11] and the Motion to Dismiss Petition, Motion to Stay [ECF No. 7] are removed from the Court's docket pending completion of jurisdictional discovery.

THUS DONE in Chambers on this 24th day of September, 2020.

Robert R. Summerhays
United States District Judge