UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TAMAR RENEE DOZIER** | **CASE NO. 6:19-CV-01223** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **GOAUTO INSURANCE CO** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**JUDGMENT**

The present matter before the Court is the Plaintiff's Motion to Remand and Associated Request, in the Alternative, for Jurisdictional Discovery [ECF No. 11]. Magistrate Judge Hanna issued his Report and Recommendation ("R&R") [ECF No. 19] on January 21, 2020, and subsequently issued a Supplemental R&R [ECF No. 26] recommending that the Motion to Remand be granted. Defendant has filed an objection to the Supplemental R&R. The Court then granted Plaintiff's request for limited discovery. Following the completion of this discovery, the parties filed supplemental briefs and evidence. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT the Court **ADOPTS** the recommendation of the R&R that the Motion to Remand be granted, but for the reasons stated herein. Plaintiff's Motion to Remand and Associated Request, in the Alternative, for Jurisdictional Discovery [ECF No. 11] is **GRANTED** and the matter is **REMANDED** to state court. The Court will **STAY THE REMAND ORDER** for a period of thirty (30) days.

THUS DONE in Chambers on this 25th day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE